UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELVIN B. WALKER,

                              Plaintiff,

          -against-

NEW YORK CITY HEALTH AND
HOSPITAL CORPORATION; ANDREA
CHILAKA; RHONDA RICHARDSON;
JOSEPH ANCI; MICHAEL PERNA; KEVIN
JOSEPH; ALBANIA MEDINA; JONATHAN
WANGEL; EUGENIO TORRIENTE;
JOSEPH LOPEZ,

                              Defendants.

25-CV-7886 (LTS)

ORDER OF VOLUNTARY DISMISSAL
AS TO CERTAIN DEFENDANTS

LAURA TAYLOR SWAIN, Chief United States District Judge:

On December 9, 2025, the Court received notice from Plaintiff that the claims asserted against Defendants Joseph Anci, Kevin Joseph, Albania Medina, Jonathan Wangel, and Eugenio Torriente are voluntarily dismissed under Rule 41(a)(1)(A)(i) with prejudice. Accordingly, the claims against these defendants are voluntarily dismissed and they shall be terminated from this action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    May 20, 2026
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge